**STATE of Missouri, Respondent,**

v.

**Raymond Lee AUBERLIN, Appellant.**

**No. WD 42565.**

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Susan L. Hogan, Office of the Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from conviction, following a jury trial, of forcible rape.

Judgment affirmed.   Rule 84.16(b).